Case No. 07-CR-29    Date: 4-2-08    Honorable Judge Hoeman
517 E. Wisconsin Av.
Milwaukee, Wis 53202

Jamal O. Martin
I.D # ~~4067~~ 404057
Waukesha County Jail
P.O Box 217
Waukesha, WI 53187

U.S. DIST. C...
APR 7 2008
AT ____ O'CLOCK
JON W. SANFILIPPO, CLERK

Dear Mr. Ademan SPR:

Your Honor Sir I hope this letter finds you in good health and spirit. Please forgive me for intruding on your busy work schedule with this letter.

I'm writing you today on the matter of my sentencing. I am due to be sentence by your court on May 16, 2008. If at all possible by the mercy of the courts, after sentencing I would like to self-surrender myself to the facility that I would be house.

My family is suffering dramatically from this bad choice I have made. My fiancé is working alot of overtime just to keep our family above water. We have three children ranging from 16 to 2 yrs of age. Sir I must admit our 2 yr old is a hand full. I have to applaud my fiancee for her strength of keeping everything together. But because of our financi

situation we can't afford child care. My fiancee's mom helps with the situation by watching him for us but she's battling a very rare bone cancer. In which I have inclose her article to you. Due to this our oldest son is helping watch the two yr old as well as helping his grandmother with her everyday task.

Your Honor Sir, I really would like the opportunity to go home and help with this heavy load that I have imposed on my family. I know it will be only a short time before I have to turn myself in but I promise you it won't be time wasted. I know with the help of God I can set a plan in motion for my family to stay afloat.

Mr. Aderman Sir in closing I never knew my stupidity would hurt my family so much and for this I pray for their forgiveness, as well as God's, and to the courts for the time that I have wasted. I pray you see favor in letting me self-surrender.

Thank-You and God Bless
Jamal O. Martin
JaMaL O. MaRTin
Inmate # 404057

# Aurora St. Luke's TODAY

February 22 to 28, 2008



Zandra Davis and her husband, Hillard.

> "I was so incredibly touched by the compassion and kindness these people showed me. Since I will never know all of the names of the people who helped me, I just want everyone to know how humbly grateful I am."
>
> — Zandra Davis

## Caring for the caregiver
### A story of an outpouring of kindness from co-workers

The past year and a half have been incredibly challenging for Zandra Davis, a nursing assistant for the Metro Region float pool. Health problems have put a great deal of stress on her and her family, both emotionally and professionally. Yet she will tell you that this also has been one of the most uplifting times of her life. It all has to do with the kindness of strangers.

Zandra's first encounter with kindness was in November 2006. She had knee surgery that month and was placed on light duty. She was assigned to the corporate office on Montana Street. Since she was only assigned there temporarily, Zandra did not have a key to get into the building. When she arrived early on her first day of work, her hands full with a cane and her bag, she was relieved when someone offered to help her into the building.

That "young man" as Zandra describes him, opened the door for her, walked her to the elevator and pushed the button for her. "He was such a gentleman," remembers Zandra. It wasn't until later that day that Zandra found out that the kind stranger was Nick Turkal, MD, President and CEO of Aurora Health Care.

And Dr. Turkal's kindness didn't end there. He told corporate office employee Carole Czecholinski about Zandra. From that point on, Carole saw to it that Zandra got safely into the building each morning.

While recovering from her knee injury, Zandra noticed that she had developed a bruise on her arm. Since she did not recall injuring her arm and because the bruise was not healing, Zandra sought medical attention. In February of 2007, just 10 months after her knee surgery, Zandra was diagnosed with a rare form of bone cancer.

Zandra had surgery to remove an egg sized tumor from her arm and began cancer treatment that same month. Zandra says that being on the other side of patient care has made her an even stronger advocate for the great care that Aurora provides. "I want to thank my manager, Ann Strakulski," says Zandra. "She would check up on me on a regular basis and would take the time to talk to me. When you are going through something like this there are times when you just need a person to talk to. She was so helpful to me."

Since Zandra had used a large amount of her paid time off for her knee surgery, it was not long before she found herself in the middle of treatment without any time off left to use. With medical bills piling up and her stress level on the rise, Zandra turned to Sue Alauf in Compensation and Benefits and her supervisor, Pat Landergott, for help.

"I have always been self-sufficient so it was extremely hard for me to ask for help," says Zandra. Little did she know that her request for help would result in the greatest outpouring of kindness she had ever experienced.

Through word of mouth, Zandra's story spread throughout the entire Metro Region. Several people from various departments — many of whom Zandra did not know — donated PTO and sent her cards, flowers and prayers. "I was so incredibly touched by the compassion and kindness these people showed me," Zandra says, choking up. "Since I will never know all of the names of the people who helped me, I just want everyone to know how humbly grateful I am."

Zandra will complete chemotherapy within the next month and is doing well. She plans to return to work at Aurora where she will be retrained in a new job. She attributes her successful treatment not only to the medical staff who have cared for her, but also to the kindness and support of her family, friends and Aurora co-workers.

Showing kindness toward your co-workers is central to the Planetree principle of caring for the caregiver. Zandra's story is proof that whether you are opening the door for someone or donating your hard-earned PTO, kind gestures can have a profound impact on the people you work with. People will in turn pass that kindness on to others, resulting in a more healing environment for everyone.

Aurora St. Luke's Medical Center

Case 2:07-cr-00029-LA   Filed 04/07/08   Page 3 of 3   Document 107