UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
HON. Lynn Adelman, presiding

## SENTENCING MINUTES

DATE: 7/24/08
CASE NO.: 07 CR 29
UNITED STATES v. Jamal Martin

Dep. Clerk: JDeitrich
Ct. Reptr.: John S.
Time Called: 3:38
Time Concluded: 4:05

United States By: John Manning
Probation Officer: Rex Morgan
Interpreter: ☐ Sworn

Deft. Jamal Martin in person, and by Attorney Michael Steinle

### Custody of Bureau of Prisons
42 months on Count(s) 1&1
___ months on Count(s) ___

to run (concurrently)/consecutively
for a total of 42 months

### Supervised Release/Probation
3 years on Count(s) 1&1
___ years on Count(s) ___

to run (concurrently)/consecutively
for a total of 3 years

Court's recommendation to Bureau of Prisons: place close to Mke., any substance abuse treat. avail, 500 hour program

COUNT(S) DISMISSED on motion of Government: ___

### Special Conditions of Supervised Release/Probation

- [x] report within 72 hours of release
- [x] no firearms or other dangerous weapons
- [x] no illegal possession, use of controlled substances
- [ ] community correction center for ___
- [ ] cooperate with I.N.S.
- [ ] submit to search by p.o.
- [x] program of drug & alcohol testing and treatment as p.o. directs; no alcohol; pay cost of program as p.o. directs
- [ ] no work at or patronizing taverns
- [ ] pay restitution/fine balance at $___/month; apply all tax refunds to restitution/fine; change tax exemptions only if p.o. oks
- [ ] if job with fiduciary duties, report conviction to employer; self-employment with fiduciary duties only if p.o. oks
- [ ] no major financial transactions unless p.o. oks (likewise new lines of credit or using current lines of credit)
- [ ] financial disclosure; file all taxes
- [ ] attend to child support
- [ ] cooperate with I.R.S.
- [x] DNA collection
- [ ] other: ___

FINE: $_____ on Count(s) _____.
    Terms:

- [X] Fine waived ~~or reduced~~ due to defendant's inability to pay.
- [ ] Interest on fine waived.
- [ ] Deft. to participate in FBP Inmates' Financial Responsibility Program

COSTS of incarceration, community confinement and supervision
    [ ] WAIVED      [ ] IMPOSED

RESTITUTION: $ _____ Payee: _____
    Terms:

- [ ] Interest on restitution waived.
- [ ] Deft. to participate in FBP Inmates' Financial Responsibility Program

SPECIAL ASSESSMENT: $ **200** on Count(s) _____.

- [X] To be paid immediately.
- [ ] To be paid prior to close of business day.
- [ ] To be paid prior to expiration of this sentence.
- [ ] Other:

FORFEITURE:

CUSTODY STATUS:

- [X] Defendant remanded to custody of U.S. Marshal.
- [ ] Execution of sentence stayed until _____
- [ ] Voluntary surrender to institution.

[X] Defendant advised of right to appeal.

OTHER:

STATEMENT OF REASONS

☐ The Court adopts the factual findings and guideline application in the presentence report

or

☒ The Court adopts the factual findings and guideline application in the presentence report except: **Court grants SV reduction.**

Advisory Guideline Range Determined by the Court:

Total Offense Level: **23**
Criminal History Category: **I**
Imprisonment Range: **46** to **57** months
Supervised Release Range: **3** to **5** years, **2-3**
(Probation Range: ___ to ___ years)
Fine Range: **$10,000** to **$2,000,000**

Restitution: $_____ ☐ Full restitution is not ordered for the following reasons:

☐ The sentence is within the guideline range.

or

☐ The court departs from the guideline range
  ☐ Upon motion of the government, as a result of defendant's substantial assistance.
  ☐ For the following reason(s):

or

☒ The court imposes a non-guideline sentence under 18 U.S.C. § 3553(a).